UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Valley National Bank,<br><br>        Plaintiff,<br><br>v.<br><br>SLM Milledgeville, LLC; SLM Camilla, LLC; Senior Living Properties – Milledgeville, LLC; Senior Living Properties – Camilla, LLC; Uri Rubin; Dennis L. Wagner; Chuan S. Wang; and Andrew Hsu<br><br>        Defendants. | Civil Action No.: 1:25-cv-03824<br><br>**PROOF OF SERVICE OF ORDER TO SHOW CAUSE** |

I, Benjamin I. Rubinstein, declare as follows:

On the 12th day of May, 2025, I caused service by Federal Express Overnight of (1) Verified Complaint and accompanying Exhibits filed in the above-captioned matter; (2) Civil Cover Sheet; (3) Proposed Order To Show Cause Without Emergency Relief; (4) Declaration of Paul S. Valentine and accompanying Exhibits in support of Order To Show Cause; (5) Declaration of Benjamin I. Rubinstein in support of Order To Show Cause; (6) Proposed Order Appointing a Receiver; (7) Memorandum of Law in Support of Application for Appointment of a Receiver; (8) Corporate Disclosure Statement; (9) Summonses; and (10) Order To Show Cause Granted by this Court on the 12th day of May, 2025, to each of the defendants at the following addresses:

    SLM Milledgeville, LLC
    4611 Johnson Road,
    Suite 101
    Pompano Beach, FL 33073
    *Tracking No. 288571749170*

    SLM Camilla, LLC
    4611 Johnson Road,
    Suite 101
    Pompano Beach, FL 33073
    *Tracking No. 288571789221*

Senior Living Properties – Milledgeville, LLC
4611 Johnson Road,
Suite 101
Pompano Beach, FL 33073
*Tracking No. 288571711474*

Senior Living Properties – Camilla, LLC
4611 Johnson Road,
Suite 101
Pompano Beach, FL 33073
*Tracking No. 288571908017*

Uri Rubin
4611 Johnson Road,
Suite 101
Pompano Beach, FL 33073
*Tracking No. 288571953204*

5895 SW 32nd Ter.
Fort Lauderdale, FL 33312
*Tracking No. 288573807753*

Dennis L. Wagner
4611 Johnson Road,
Suite 101
Pompano Beach, FL 33073
*Tracking No. 288572011313*

14375 Peace River Way
West Palm Beach, FL 33418
*Tracking No. 288573890231*

Chuan S. Wang
4611 Johnson Road,
Suite 101
Pompano Beach, FL 33073
*Tracking No. 288572052070*

13327 39th Ave. Apt. 5H
Flushing, NY 11354
*Tracking No. 288573984581*

Andrew Hsu
4611 Johnson Road,
Suite 101
Pompano Beach, FL 33073
*Tracking No. 288572123938*

921 Crestview Cir.
Weston, FL 33327
*Tracking No. 288574057969*

I have received receipts for the foregoing, indicating that delivery was made upon the above-mentioned addressees on the 13th day of May, 2025.

On the 13th day of May, 2025, I also caused service by Federal Express Overnight of (1) Verified Complaint and accompanying Exhibits filed in the above-captioned matter; (2) Civil Cover Sheet; (3) Proposed Order To Show Cause Without Emergency Relief; (4) Declaration of Paul S. Valentine and accompanying Exhibits in support of Order To Show Cause; (5) Declaration of Benjamin I. Rubinstein in support of Order To Show Cause; (6) Proposed Order Appointing a Receiver; (7) Memorandum of Law in Support of Application for Appointment of a Receiver; (8) Corporate Disclosure Statement; (9) Summonses; and (10) Order To Show Cause Granted by this Court on the 12th day of May, 2025, to the following defendants at the following addresses:

>Senior Living Properties – Milledgeville, LLC
>1764 Main Street
>Leicester, MA 01524
>*Tracking No. 288622180358*
>
>Senior Living Properties – Camilla, LLC
>1764 Main Street
>Leicester, MA 01524
>*Tracking No. 288622211615*

I have received receipts for the foregoing, indicating that delivery was made upon the above-mentioned addressees on the 14th day of May, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 14, 2025.

>*/s/ Benjamin I. Rubinstein*
>Benjamin I. Rubinstein
>**K&L GATES LLP**
>599 Lexington Avenue
>New York, NY 10022
>(212) 536-3900
>benjamin.rubinstein@klgates.com
>*Attorneys for Plaintiff*
>*Valley National Bank*

May 14, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 288571711474

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | R.Tanisha | Delivery Location: | 4611 JOHNSON RD |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday; No Signature Required | | POMPANO BEACH, FL, 33073 |
| | | Delivery date: | May 13, 2025 09:22 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 288571711474 | Ship Date: | May 12, 2025 |
| | | Weight: | 3.0 LB/1.36 KG |

Recipient:
Senior Living Properties, Milledgeville, LLC
4611 JOHNSON RD
POMPANO BEACH, FL, US, 33073

Shipper:
Benjamin Rubinstein, K & L Gates
One Newark Center
Tenth Floor
Newark, NJ, US, 07102

Reference    1304512.00010



R. TANISHA
#2, 09:23, 8 Del, 0 NonDel

Thank you for choosing FedEx

May 14, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 288571749170

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | R.Tanisha | **Delivery Location:** | 4611 JOHNSON RD |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday;<br>No Signature Required | | POMPANO BEACH, FL, 33073 |
| | | **Delivery date:** | May 13, 2025 09:22 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 288571749170 | **Ship Date:** | May 12, 2025 |
| | | **Weight:** | 3.0 LB/1.36 KG |

**Recipient:**
SLM Milledgeville, LLC
4611 JOHNSON RD
POMPANO BEACH, FL, US, 33073

**Shipper:**
Benjamin Rubinstein, K & L Gates
One Newark Center
Tenth Floor
Newark, NJ, US, 07102

| Reference | 1304512.00010 |
|---|---|



Thank you for choosing FedEx

May 14, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 288571789221

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | R.Tanisha | Delivery Location: | 4611 JOHNSON RD |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday;<br>No Signature Required | | POMPANO BEACH, FL, 33073 |
| | | Delivery date: | May 13, 2025 09:22 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 288571789221 | Ship Date: | May 12, 2025 |
| | | Weight: | 3.0 LB/1.36 KG |

Recipient:
SLM Camilla, LLC
4611 JOHNSON RD
POMPANO BEACH, FL, US, 33073

Shipper:
Benjamin Rubinstein, K & L Gates
One Newark Center
Tenth Floor
Newark, NJ, US, 07102

Reference                1304512.00010



Thank you for choosing FedEx

May 14, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 288571908017

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | R.Tanisha | **Delivery Location:** | 4611 JOHNSON RD |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday;<br>No Signature Required | | POMPANO BEACH, FL, 33073 |
| | | **Delivery date:** | May 13, 2025 09:22 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 288571908017 | **Ship Date:** | May 12, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Senior Living Properties, Camilla, LLC
4611 JOHNSON RD
POMPANO BEACH, FL, US, 33073

**Shipper:**
Benjamin Rubinstein, K & L Gates
One Newark Center
Tenth Floor
Newark, NJ, US, 07102

**Reference**   1304512.00010



Thank you for choosing FedEx

May 14, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 288571953204

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | R.Tanisha | Delivery Location: | 4611 JOHNSON RD |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday; No Signature Required | | POMPANO BEACH, FL, 33073 |
| | | Delivery date: | May 13, 2025 09:22 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 288571953204 | Ship Date: | May 12, 2025 |
| | | Weight: | 3.0 LB/1.36 KG |

Recipient:
Uri Rubin,
4611 JOHNSON RD
POMPANO BEACH, FL, US, 33073

Shipper:
Benjamin Rubinstein, K & L Gates
One Newark Center
Tenth Floor
Newark, NJ, US, 07102

Reference     1304512.00010



Thank you for choosing FedEx

May 14, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 288572011313

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | R.Tanisha | **Delivery Location:** | 4611 JOHNSON RD |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday;<br>No Signature Required | | POMPANO BEACH, FL, 33073 |
| | | **Delivery date:** | May 13, 2025 09:22 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 288572011313 | **Ship Date:** | May 12, 2025 |
| | | **Weight:** | 3.0 LB/1.36 KG |

**Recipient:**
Dennis L. Wagner,
4611 JOHNSON RD
POMPANO BEACH, FL, US, 33073

**Shipper:**
Benjamin Rubinstein, K & L Gates
One Newark Center
Tenth Floor
Newark, NJ, US, 07102

**Reference**       1304512.00010



Thank you for choosing FedEx

May 14, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 288572052070

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | R.Tanisha | **Delivery Location:** | 4611 JOHNSON RD |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday;<br>No Signature Required | | POMPANO BEACH, FL, 33073 |
| | | **Delivery date:** | May 13, 2025 09:22 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 288572052070 | **Ship Date:** | May 12, 2025 |
| | | **Weight:** | 3.0 LB/1.36 KG |

**Recipient:**
Chuan S. Wang,
4611 JOHNSON RD
POMPANO BEACH, FL, US, 33073

**Shipper:**
Benjamin Rubinstein, K & L Gates
One Newark Center
Tenth Floor
Newark, NJ, US, 07102

**Reference**   1304512.00010



Thank you for choosing FedEx

May 14, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 288572123938

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | R.Tanisha | **Delivery Location:** | 4611 JOHNSON RD |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday;<br>No Signature Required | | POMPANO BEACH, FL, 33073 |
| | | **Delivery date:** | May 13, 2025 09:22 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 288572123938 | **Ship Date:** | May 12, 2025 |
| | | **Weight:** | 3.0 LB/1.36 KG |

**Recipient:**
Andrew Hsu,
4611 JOHNSON RD
POMPANO BEACH, FL, US, 33073

**Shipper:**
Benjamin Rubinstein, K & L Gates
One Newark Center
Tenth Floor
Newark, NJ, US, 07102

**Reference**          1304512.00010



Thank you for choosing FedEx

May 14, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 288573807753

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | 5895 SW 32ND TER |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery; No Signature Required | | FORT LAUDERDALE, FL, 33312 |
| | | **Delivery date:** | May 13, 2025 10:22 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 288573807753 | **Ship Date:** | May 12, 2025 |
| | | **Weight:** | 3.0 LB/1.36 KG |

**Recipient:**
Uri Rubin,
5895 SW 32ND TER
FORT LAUDERDALE, FL, US, 33312

**Shipper:**
Benjamin Rubinstein, K & L Gates
One Newark Center
Tenth Floor
Newark, NJ, US, 07102

**Reference**      1304512.00010

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx



May 14, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 288573890231

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | 14375 PEACE RIVER WAY |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery; No Signature Required | | PALM BEACH GARDENS, FL, 33418 |
| | | **Delivery date:** | May 13, 2025 11:45 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 288573890231 | **Ship Date:** | May 12, 2025 |
| | | **Weight:** | 3.0 LB/1.36 KG |

**Recipient:**
Dennis L. Wagner,
14375 PEACE RIVER WAY
PALM BEACH GARDENS, FL, US, 33418

**Shipper:**
Benjamin Rubinstein, K & L Gates
One Newark Center
Tenth Floor
Newark, NJ, US, 07102

**Reference**       1304512.00010

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx

May 14, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 288573984581

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | E.Eri | **Delivery Location:** | 13327 39TH AVE APT 5H |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; No Signature Required | | FLUSHING, NY, 11354 |
| | | **Delivery date:** | May 13, 2025 10:12 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 288573984581 | **Ship Date:** | May 12, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

Recipient:
Chuan S. Wang,
13327 39TH AVE APT 5H
FLUSHING, NY, US, 11354

Shipper:
Benjamin Rubinstein, K & L Gates
One Newark Center
Tenth Floor
Newark, NJ, US, 07102

Reference     1304512.00010



Thank you for choosing FedEx

May 14, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 288574057969

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | 921 CRESTVIEW CIR |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery; No Signature Required | | FORT LAUDERDALE, FL, 33327 |
| | | **Delivery date:** | May 13, 2025 10:43 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 288574057969 | **Ship Date:** | May 12, 2025 |
| | | **Weight:** | 3.0 LB/1.36 KG |

**Recipient:**
Andrew Hsu,
921 CRESTVIEW CIR
FORT LAUDERDALE, FL, US, 33327

**Shipper:**
Benjamin Rubinstein, K & L Gates
One Newark Center
Tenth Floor
Newark, NJ, US, 07102

| **Reference** | 1304512.00010 |
|---|---|

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx

May 14, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 288622180358

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | A.Angie | **Delivery Location:** | 1764 MAIN ST |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday;<br>No Signature Required | | LEICESTER, MA, 01524 |
| | | **Delivery date:** | May 14, 2025 10:19 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 288622180358 | **Ship Date:** | May 13, 2025 |
| | | **Weight:** | 3.0 LB/1.36 KG |

**Recipient:**
Senior Living Properties, Milledgeville, LLC
1764 MAIN ST
LEICESTER, MA, US, 01524

**Shipper:**
Benjamin Rubinstein, K & L Gates
One Newark Center
Tenth Floor
Newark, NJ, US, 07102

**Reference**    1304512.00010



Thank you for choosing FedEx

May 14, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 288622211615

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | A.Angie | **Delivery Location:** | 1764 MAIN ST |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday;<br>No Signature Required | | LEICESTER, MA, 01524 |
| | | **Delivery date:** | May 14, 2025 10:19 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 288622211615 | **Ship Date:** | May 13, 2025 |
| | | **Weight:** | 3.0 LB/1.36 KG |

**Recipient:**
Senior Living Properties, Camilla, LLC
1764 MAIN ST
LEICESTER, MA, US, 01524

**Shipper:**
Benjamin Rubinstein, K & L Gates
One Newark Center
Tenth Floor
Newark, NJ, US, 07102

**Reference**     1304512.00010



Thank you for choosing FedEx