UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Valley National Bank,<br><br>        Plaintiff,<br><br>    v.<br><br>SLM Milledgeville, LLC; SLM Camilla, LLC; Senior Living Properties – Milledgeville, LLC; Senior Living Properties – Camilla, LLC; Uri Rubin; Dennis L. Wagner; Chuan S. Wang; and Andrew Hsu<br><br>        Defendants. | Civil Action No.: 1:25-cv-3824 |

## **ORDER AUTHORIZING RETENTION OF BROKERAGE FIRM**

**THIS MATTER** is before the Court on the application by Receiver KCP Advisory Group, LLC, ("Receiver") for an order authorizing the retention of a brokerage firm to assist in marketing and locating a buyer for 61 Marshall Road, Milledgeville, GA 31061 and 161 E. Broad Street, Camilla, GA 31730 (the "Properties"), along with the two senior living facilities on the Properties (the "Facilities"); and

Upon review of the Application and papers submitted in support thereof ^ as well as the letter from the Receiver, ECF No. 43, and e-mail correspondence attached thereto, the other pleadings and papers on file in this case, having carefully considered the entire record herein, and for good cause shown, the Court FINDS as follows:

1. All Defendants received notice of this motion, ECF No. 44, and ^ Defendants Rubin, Wagner, Wang, and Hsu have not submitted any opposition or response thereto, and Defendants SLM Milledgeville, LLC, SLM Camilla, LLC, Senior Living Properties - Milledgeville, LLC, and Senior Living Properties - Camilla, LLC "do not have an objection to the employment of the broker," ECF No. 43.

2. That on June 25, 2025, this Court appointed KCP Advisory Group, LLC to serve as receiver for the Facilities and the Properties.

3. That the June 25, 2025 Order Appointing the Receiver authorizes the Receiver to

retain certain professionals to assist the Receiver in carrying out its duties and responsibilities. *See* ECF No. 30 at ¶ 17.

4. That Federal Law permits the Court to Authorize the marketing and private sale of receivership property. *See* 28 U.S.C. § 2001(b).

5. That the retention of a broker to market the Properties and Facilities, as set forth herein, complies with federal law.

6. That Plaintiff Valley National Bank consents to the Receiver retaining Blueprint Healthcare Real Estate Advisors LLC to market the Properties and Facilities.

Based on the foregoing FINDINGS, the Court therefore grants the relief requested in the Motion.

**IT IS HEREBY ORDERED** that Receiver may hire Blueprint Healthcare Real Estate Advisors LLC to market the sale of the Properties and Facilities pursuant to the brokerage agreement attached to the October 8, 2025 Declaration of Paul S. Valentine as Exhibit A.

The hearing on the Receiver's application for authorization to retain a brokerage firm, scheduled for **November 5, 2025** at **11:30 a.m.**, is adjourned *sine die*.

**SO ORDERED** this __30th__ day of __October__, 2025.

_____
Jennifer H. Rearden
United States District Judge